**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 07 2019 ★

LONG ISLAND OFFICE

Dennis Kelly, individually and on behalf of all those similarly situated,

Plaintiff,

-against-

Online Information Services Inc. d/b/a Online Collections,

Defendant.

Docket No: 2:18-cv-02796-SJF-GRB

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: February 4, 2019

| | |
|---|---|
| **L'ABBATE BALKAN COLAVITA & CONTINI, LLP** | **BARSHAY SANDERS, PLLC** |
| By: /s Matthew Bizzaro | By: /s Craig B. Sanders |
| Matthew Bizzaro, Esq. | Craig B. Sanders |
| 1001 Franklin Avenue | 100 Garden City Plaza, Suite 500 |
| Garden City, New York 11530 | Garden City, New York 11530 |
| Tel: (516) 294-8844 | Tel. (516) 203-7600 |
| *Attorneys for Defendant* | Email: *ConsumerRights@BarshaySanders.com* |
| | Our File No: 115371 |
| | *Attorneys for Plaintiff* |

So Ordered

s/ Sandra J. Feuerstein

Sandra J. Feuerstein, USDJ
2/7/19